IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR J. MOLINA MORALES,<br><br>Defendant. | **8:25CR54**<br><br>ORDER |

The court, having granted Motion to Withdraw as Counsel (Filing No. 31), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that A. Michael Bianchi, 2712 South 87th Avenue, Omaha, NE 68124, (402) 346-6700, is appointed to represent Victor J. Molina Morales for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Wilson shall forthwith provide A. Michael Bianchi any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Wilson which are material to Victor J. Molina Morales's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and A. Michael Bianchi.

DATED this 13th day of May, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge