IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>VICTOR J. MOLINA MORALES,<br><br>                  Defendant. | **8:25CR54**<br><br>**ORDER** |

      The defendant Victor J. Molina Morales appeared before the Court on September 22, 2025 regarding the Motion to Continue Trial, Filing No. [42]. A. Michael Bianchi represented the defendant. Joseph P. Meyer represented the government. Counsel needs additional time to confer with defendant regarding the plea offer. The government has no objection to the continuance. For good cause shown,

      **IT IS ORDERED** that the Unopposed Motion to Continue Trial [42] is granted, as follows:

1. The jury trial, now set for September 23, 2025, is continued to **October 7, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 7, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. The Unopposed Motion to Continue Trial [41] is denied as moot.

4. **No further continuances will be granted barring exceptional circumstances.**

Dated this 22nd day of September, 2025.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Senior United States District Judge